```
                                        ☑ FILED      ___ LODGED
                                        ___ RECEIVED ___ COPY

                                             JUL 3 0 2025

                                        CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                        BY_____ DEPUTY
```

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona

3  ADDISON OWEN
   Arizona State Bar No. 031263
4  DIAMOND ZAMBRANO
   Arizona State Bar No. 036390
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Ave., Ste. 1800
   Phoenix, Arizona 85004
7  Telephone: 602-514-7500
   Email: Addison.Owen@usdoj.gov
8  Email: Diamond.Zambrano@usdoj.gov
   Attorneys for Plaintiff
9

10            IN THE UNITED STATES DISTRICT COURT

11              FOR THE DISTRICT OF ARIZONA

12 | United States of America,       | No.    CR-25-01086-PHX-KML (MTM)
13 |             Plaintiff,          | **REDACTED INDICTMENT**
14 |       v.                        | VIO:  18 U.S.C. § 111(a)
                                            (Assaulting, Resisting, and Impeding a
15 | 1. Santos Mendivil Contreras, Jr., and, |  Federal Officer – Physical Contact)
16 |    (Counts 1, 2, 3, 7, 8, and 9)       |  Counts 1-6

17 | 2. Emanuel Mendivil Cervantes.         | 18 U.S.C. §§ 111(a) and (b)
                                            (Assaulting, Resisting, and Impeding a
18 |    (Counts 4, 5, and 6)                |  Federal Officer – Bodily Injury)
                                            Count 7
   |             Defendants.
19                                          | 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
                                            (Material False Statement During the
20                                          | Purchase of a Firearm)
                                            Counts 8 and 9
21

22 **THE GRAND JURY CHARGES:**

23                            **COUNT 1**

24      On or about July 21 2025, in the District of Arizona, Defendant SANTOS

25 MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose,

26 impede, intimidate, and interfere with Homeland Security Investigations Special Agent

27 (SA) J.B., who is an employee of the United States and protected as designated in 18 U.S.C.

28 § 1114, while SA J.B. was engaged in and on account of the performance of his official

1  duties, and Defendant SANTOS MENDIVIL CONTRERAS, JR. did so by making
2  physical contact, to wit: grabbing his firearm.
3      All in violation of Title 18, United States Code, Section 111(a).

### COUNT 2

5      On or about July 21, 2025, in the District of Arizona, Defendant SANTOS
6  MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose,
7  impede, intimidate, and interfere with Homeland Security Investigations SA J.B., who is
8  an employee of the United States and protected as designated in 18 U.S.C. § 1114, while
9  SA J.B. was engaged in and on account of the performance of his official duties, and
10 Defendant SANTOS MENDIVIL CONTRERAS, JR. did so by making physical contact,
11 to wit: actively fighting and striking SA J.B.
12     All in violation of Title 18, United States Code, Section 111(a).

### COUNT 3

14     On or about July 21, 2025, in the District of Arizona, Defendant SANTOS
15 MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose,
16 impede, intimidate, and interfere with Homeland Security Investigations SA R.K., who is
17 an employee of the United States and protected as designated in 18 U.S.C. § 1114, while
18 SA R.K. was engaged in and on account of the performance of his official duties, and
19 Defendant SANTOS MENDIVIL CONTRERAS, JR. did so by making physical contact,
20 to wit: actively fighting and striking SA R.K.
21     All in violation of Title 18, United States Code, Section 111(a).

### COUNT 4

23     On or about July 21, 2025, in the District of Arizona, Defendant EMANUEL
24 MENDIVIL CERVANTES did intentionally and forcibly assault, resist, oppose, impede,
25 intimidate, and interfere with Homeland Security Investigations SA R.K., who is an
26 employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA
27 R.K. was engaged in and on account of the performance of his official duties, and

Defendant EMANUEL MENDIVIL CERVANTES did so by making physical contact, to wit: pushing and kicking.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 5

On or about July 21, 2025, in the District of Arizona, Defendant EMANUEL MENDIVIL CERVANTES did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA R.R., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA R.R was engaged in and on account of the performance of his official duties, and Defendant EMANUEL MENDIVIL CERVANTES did so by making physical contact, to wit: kicking.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 6

On or about July 21, 2025, in the District of Arizona, Defendant EMANUEL MENDIVIL CERVANTES did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA C.H., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA C.H. was engaged in and on account of the performance of his official duties, and Defendant EMANUEL MENDIVIL CERVANTES did so by making physical contact, to wit: kicking.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 7

On or about July 21, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA J.B., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA J.B. was engaged in and on account of the performance of his official duties, and

Defendant SANTOS MENDIVIL CONTRERAS, JR. did so resulting in Bodily Injury, to wit: biting the back of SA J.B.'s knee breaking the skin.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 8

On or about April 9, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. knowingly made false statements and representations, which were intended and likely to deceive, to Glockmeister, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, and those false statements and representations were made as to a fact material to the lawfulness of a sale of a firearm by the business and with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Glockmeister, in that Defendant SANTOS MENDIVIL CONTRERAS, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was (1) not illegally or unlawfully in the United States and (2) is not an alien who has been admitted to the United States under a non-immigrant visa, whereas in truth and fact, Defendant SANTOS MENDIVIL CONTRERAS, JR. knew that he was unlawfully and illegally present in the United States and had previously been admitted to the United Sates under a non-immigrant visa (to wit: B2 visa).

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 9

On or about April 14, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. knowingly made false statements and representations, which were intended and likely to deceive, to Pawn 1st, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, and those false statements and representations were made as to a fact material to the lawfulness of a sale of a firearm by the business and with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn 1st, in that Defendant SANTOS MENDIVIL CONTRERAS, JR. did execute a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was (1) not illegally or unlawfully in the United States and (2) is not an alien who has been admitted to the United States under a non-immigrant visa, whereas in truth and fact, Defendant SANTOS MENDIVIL CONTRERAS, JR. knew that he was unlawfully and illegally present in the United States and had previously been admitted to the United Sates under a non-immigrant visa (to wit: B2 visa).

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ADDISON OWEN
DIAMOND ZAMBRANO
Assistant U.S. Attorneys