TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JASON CROWLEY
Assistant U.S. Attorney
Arizona State Bar No. 025427
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Jason.Crowley@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-25-01086-02-PHX-KML |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| Emmanuel Mendivil Cervantes, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United Sates moves to dismiss the Indictment (Doc. 10) without prejudice as to the defendant, Emmanuel Mendivil Cervantes, only.  Dismissal is in the interest of justice. Defendant is currently residing in Mexico and his travel authorization allowing him to re-enter the United States was revoked. Accordingly, the United States moves to dismiss Counts 4, 5, and 6 of the Indictment in this matter without prejudice. Defense counsel, Ray Ybarra Maldonado, does not object to the motion. It is not expected that excludable delay under 18 U.S.C. § 3161 will occur because of this motion or an order based thereon.

Respectfully submitted this 10th day of July.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Jason Crowley*
JASON CROWLEY
Assistant U.S. Attorney